## United States Bankruptcy Court
### Middle District of Florida

In re: **Christian E. Sanon / Louise Marie Sanon**, Debtor(s)

Case No. _____
Chapter **7**

### DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, **Christian E. Sanon and Louise Marie Sanon**, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

**May 13, 2013**
Executed on (Date)

_/s/ Christian E. Sanon_
Christian E. Sanon
Signature of Debtor
or other claimant

_/s/ Louise Marie Sanon_
Louise Marie Sanon
Signature of Joint Debtor

Verified Document(s):

| Full Descriptive Title | Date Executed | Date Filed |
|---|---|---|
| Voluntary Petition | 5/13/13 | 5/13/13 |
| Exhibit D | 5/13/13 | 5/13/13 |
| Summary of Schedules, Schedules A-J & Declaration | | |
| Statement of Financial Affairs | | |
| Notice of Individual Consumer Debtor | | |
| Verification of Matrix | 5/13/13 | 5/13/13 |
| Statement of Intention | | |
| Statement of Social Security Numbers | 5/13/13 | 5/13/13 |
| Form 22C – Means Test – Current Monthly Income Disposable Income and Commitment Period | | |