# United States Bankruptcy Court
## Middle District of Florida

In re  Christian E. Sanon
      Louise Marie Sanon _____

                                        Debtor(s)

Case No. _____

Chapter     7

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, _____Christian E. Sanon and Louise Marie Sanon_____, declares under penalty of perjury that:

1.    I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2.    The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3.    I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

May 13, 2013 _____
Executed on (Date)

Christian E. Sanon
Signature of Debtor
or other claimant

Louise Marie Sanon
Signature of Joint Debtor

### Verified Document(s):

| Full Descriptive Title | Date Executed | Date Filed |
|---|---|---|
| Voluntary Petition | 5/13/13 | 5/13/13 |
| Exhibit D | 5/13/13 | 5/13/13 |
| Summary of Schedules, Schedules A-J & Declaration | 6/6/13 | 6/6/13 |
| Statement of Financial Affairs | 6/6/13 | 6/6/13 |
| Notice of Individual Consumer Debtor | 6/6/13 | 6/6/13 |
| Verification of Matrix | 5/13/13 | 5/13/13 |
| Statement of Intention | 6/6/13 | 6/6/13 |
| Statement of Social Security Numbers | 5/13/13 | 5/13/13 |
| Form 22C – Means Test – Current Monthly Income Disposable Income and Commitment Period | 6/6/13 | 6/6/13 |