```
                IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE MIDDLE DISTRICT OF FLORIDA
                            TAMPA DIVISION

In re                              *
CHRISTIAN E. SANON                     CASE NO. 13-06282-MGW
LOUISE MARIE SANON                     CHAPTER 7
     Debtors.                      *
```

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND FOR HEARING**

**PURSUANT TO LOCAL RULE 2002-4, THE COURT WILL CONSIDER THIS MOTION, OBJECTION OR OTHER MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN 21 DAYS FROM THE DATE THIS PAPER IS ENTERED ON DOCKET. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF COURT AT 801 N. FLORIDA AVE, SUITE 555, TAMPA FL 33602 AND SERVE A COPY ON THE MOVANT'S ATTORNEY, KENT D. MCPHAIL, P. O. BOX 870, MOBILE, AL 36601.**

**IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT MAY SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.**

**AMENDED MOTION FOR RELIEF FROM STAY**

Comes now, WELLS FARGO BANK, N.A., AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC3 ASSET-BACKED PASS-THROUGH CERTIFICATES, C/O CARRINGTON MORTGAGE SERVICES, LLC, ("MOVANT"), moves the Court for the entry of an order granting it relief from the automatic stay and for grounds says as follows:

1.   This Court has jurisdiction under 28 U.S.C. § 1334 and 11 U.S.C. § 362.

2.   On 7/7/2006, CHRISTIAN E. SANON and CHRISTIANE L. SANON

executed and delivered a Mortgage and Adjustable Rate Balloon Note wherein they promised to make a total of payments of $276,250.00 payable in 360 consecutive monthly installments. The first payment was to be made on 08/01/2006. A copy of the mortgage and note are attached hereto as Exhibit "A".

3. To secure all payments under the Adjustable Rate Balloon Note, CHRISTIAN E. SANON and CHRISTIANE L. SANON granted a security interest in the following described property:

> REAL PROPERTY LOCATED AT 1213 BELLADONNA DR, BRANDON FL 33510, and all appurtenances therein and thereto,
>
> LEGAL DESCRIPTION:
>
> LOT 2, BLOCK 5, TIMBER POND SUBDIVISION UNIT NO. 3, ACCORDING TO MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 69, PAGE 32 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.
> PARCEL IDENTIFICATION NUMBER: 67589-6326

4. MOVANT, has a perfected security interest in the above described property. A copy of the Assignment is attached hereto as Exhibit "B".

5. The Debtor has defaulted in the following particulars:

__ x __    Failing to make Direct payments pursuant to the contract and security agreement.

6. The current arrearage on the account is $172,755.29 and the net rebated payoff is $422,835.62. The affidavit of the Creditor is attached hereto as Exhibit "C".

7. There is no equity in the property for the benefit of the Debtor or his creditors. Creditors have not been offered adequate

protection. A copy of the Hillsborough County Property Appraiser report is attached hereto as Exhibit "D".

8. The Creditor requests this court waiver the fourteen (14) day "stay" in accordance with Fed. R. Bankr. P. 4001(a)(3).

9. Should this Honorable Court deny the Creditor's Motion for Relief from Automatic Stay, the Creditor would request that this Honorable Court direct that the stay shall be immediately lifted, without further order or notice, as to the Creditor in the event that the Debtor should default on any future payments.

10. Creditor requests that upon entry of an order granting relief all communication sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor.

WHEREFORE, MOVANT requests the entry of an order granting it relief from the automatic stay.

    /s/ KENT D. MCPHAIL
KENT D. MCPHAIL, ESQ.(0852767)
DUMAS & MCPHAIL, L.L.C.
P. O. Box 870
Mobile, AL  36601
(251)438-2333

**CERTIFICATE OF SERVICE**

     I, Kent D. McPhail, do hereby certify that I have on this the 13th day of May, JUNE, served a copy of the above and foregoing pleading to the parties listed below by the service method indicated:

U.S. MAIL, FIRST CLASS POSTAGE PREPAID
CHRISTIAN E. SANON
LOUISE MARIE SANON
1213 BELLADONNA DR
BRANDON FL 33510


U.S. MAIL, FIRST CLASS POSTAGE PREPAID
CHRISTIANE L. SANON
1213 BELLADONNA DR
BRANDON FL 33510

ECF FILING NOTIFICATION
CHRISTIE D. ARKOVICH
ATTORNEY FOR DEBTORS
1520 WEST CLEVELAND ST
TAMPA FL 33606
cdalaw@tampabay.rr.com

ECF FILING NOTIFICATION
BETH ANN SCHARRER
TRUSTEE
P O BOX 4550
SEMINOLA FL 33775
bethscharrer@tampaby.rr.com

ECF FILING NOTIFICATION
UNITED STATES TRUSTEE
TIMBERLAKE ANNEX STE 1200
501 E POLK ST
TAMPA FL 33602
USTPRegion21.TP.ECF@USDOJ.GOV


                                      /s/ KENT D. MCPHAIL
                                      KENT D. MCPHAIL