INSTRUMENT#: 2007446727, BK: 18188 PG: 1867 PGS: 1867 - 1867 10/17/2007 at 09:07:14 AM, DEPUTY CLERK: CLKDW1 Pat Frank, Clerk of the Circuit Court Hillsborough County

Case 8:13-bk-06282-MGW    Doc 15-3    Filed 06/13/13    Page 1 of 1

EXHIBIT B

Prepared by: Bouavone Amphone, Esquire

Record & Return to: Law Office of Marshall C. Watson
1800 NW 49th Street, Suite 120
Fort Lauderdale, Florida 33309
Telephone: (954) 453-0365
Facsimile: (954) 771-6052

RECORD AND RETURN TO →

ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS:

THAT NEW CENTURY MORTGAGE CORPORATION residing or located at 18400 VON KARMAN, #1000 IRVINE CA 92612 herein designated as the assignor, for and in consideration of the sum of $1.00 Dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto WELLS FARGO BANK N.A., TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC3 ASSET BACKED PASS THROUGH CERTIFICATES residing or located at: 405 SW 5TH ST. DES MOINES IA 50309 herein designated as the assignee, the mortgage executed by CHRISTIAN E. SANON AND CHRISTIANE L. SANON recorded July 17, 2006 in Hillsborough County, Florida at Book 16710 and Page 313 encumbering the property more particularly described as follows:

LOT 2, BLOCK 5, TIMBER POND SUBDIVSION UNIT NO. 3, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 69, PAGE 32, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

together with the note and each and every other obligation described in said mortgage and the money due and to become due thereon

TO HAVE AND TO HOLD the same unto the said assignee, its successors and assigns forever, but without recourse on the undersigned, effective as of _____.

*In Witness Whereof*, the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed this 19 day of SEPTEMBER, 2007.

NEW CENTURY MORTGAGE CORPORATION
ATTEST: _____
PRINT NAME: Hazelle P. Weissinger

Signed in the presence of:
WITNESS: _____
Print Name: Mario Casas

WITNESS: _____
Print Name: Ana M. Lopez

STATE OF California
COUNTY OF Orange

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid county and state, on this the 19 day of SEPTEMBER 2007, within my jurisdiction, the within named who acknowledged to me that (s)he is Vice President and that for and on behalf of New Century Mortgage Corporation and as its act and deed (s)he executed the above and foregoing instrument, after first having been duly authorized by New Century Mortgage Corporation to do so.

WITNESS my hand and official seal in the County and State last aforesaid this 19 day of 09, 2007.

_____ 
NOTARY PUBLIC

FRANCISCO OROZCO
Commission # 1673776
Notary Public - California
Orange County
My Comm. Expires Jun 9, 2010

07-15946