

EXHIBIT C

STATE OF __CALIFORNIA__

COUNTY OF __ORANGE__

## AFFIDAVIT

BEFORE ME, the undersigned, Notary Public, personally appeared Authorized Signer, ___Elizabeth A. Ostermann___ of Carrington Mortgage Services, LLC, who is known to me and after being by me first duly sworn, deposes and says the following:

In the regular performance of my job functions at Carrington Mortgage Services, LLC, as servicer for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates, I am familiar with the business records maintained by Carrington Mortgage Services, LLC for the purpose of servicing mortgage loans, collecting payments and pursuing any delinquencies (Servicing records). Carrington's servicing records typically include electronic data compilations and imaged documents pertaining to the loans it services. I hereby certify and state that said records were made in the regular course of business, and that it was in the regular course of said office for such records to be made at the time of the events, transactions, or occurrences to which they refer or within a reasonable time thereafter. The Mortgage, Note and Assignment of Mortgage attached to the motion for relief are true and accurate copies of the original documents. This mortgage loan shows the following:

| | | |
|---|---|---|
| 1. | Loan No.: | ******6328 |
| 2. | Debtors: | Christian E. Sanon |
| | | Louise Marie Sanon |
| 3. | Bankruptcy Case No.: | 13-06282-MGW |
| 4. | Property Description: | 1213 Belladonna Dr |
| | | Brandon FL 33510 |
| 5. | Value of Collateral per Hillsborough County Property Appraiser 6/6/13 | $157,807.00 |
| 6. | Estimated Pay-off Amount as of 6/4/13 | $422,835.62 |
| 7. | Delinquent Status as of 6/1/2013 | |

Arrearage
| | |
|---|---|
| 2/2009-10/2012 @ $3090.17 each | $139,057.65 |
| 11/2012-6/2013 @ $2073.16 each | $16,585.28 |
| Late Fees 2/2009-4/2013 @ $85.44 each | $4,357.44 |
| Foreclosure Fees & Costs | $2,068.50 |

| | |
|---|---|
| Corporate Advance | $2,693.42 |
| Expense Advance | $7,993.00 |
| Total Arrearage | $172,755.29 |

Authorized Signer: _____
Name: Elizabeth A. Ostermann
Title: Vice President

Carrington Mortgage Services, LLC Servicer and Attorney-in-Fact for Wells Margo Bank, N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates

STATE OF CALIFORNIA
COUNTY OF ORANGE

Elizabeth A. Ostermann, herewith declares under the penalties of perjury:

That he/she is competent under the law to give this declaration and has personal knowledge of the facts stated herein:

Subscribed and sworn before me this 12 day of June, 2013 by Elizabeth A. Ostermann.

ROSARIO NAVARRO
COMM. #1854829
Notary Public-California
ORANGE COUNTY
My Comm. Exp. JUNE 19, 2013

Notary
Expiration Expires  6-19-13