IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

CHRISTIAN E. SANON
LOUISE MARIE SANON

Case No. 8:13-bk-06282-MGW
Chapter 7

Debtors.

## NOTICE OF FILING AMENDED SUMMARY OF SCHEDULES AND AMENDED SCHEDULE B

COMES NOW the Debtors, CHRISTIAN E. SANON and LOUISE MARIE SANON, by and through the undersigned attorney, and hereby give notice of the filing of their Amended Summary of Schedules and Amended Schedule B.

We hereby certify that we have read the Amended Summary of Schedules and Amended Schedule B and state under penalty of perjury that they are true and correct to the best of our knowledge, information and belief.

Date: 3/31/14

Date: 3/31/14

_____
CHRISTIAN E. SANON

_____
LOUISE MARIE SANON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Filing Amended Summary of Schedules and Amended Schedule B and the Amended Summary of Schedules and Amended Schedule B have been sent on April 1, 2014, via regular US Mail and/or electronic transmission to:

Beth Ann Scharrer, Trustee
PO Box 4550
Sarasota, FL 34230

Asst US Trustee
Timberlake Annex
501 E. Polk Street, Ste. 1200
Tampa, FL 33602

and to all creditors and interested parties listed on the attached court mailing matrix.

/s/ Christie D. Arkovich, Esq.
Christie D. Arkovich, Esq.
Florida Bar No. 963690
Barbara C. Leon, Esq.
Florida Bar No. 582185

Primary E-mail: cdalaw@tampabay.rr.com
Secondary E-mail: cdalaw5@tampabay.rr.com;
cdalaw3@tampabay.rr.com
CHRISTIE D. ARKOVICH, P.A.
1520 W. Cleveland St.
Tampa, Florida 33606
(813) 258-2808
(813) 258-5911 (Facsimile)
Attorneys for Debtor(s)

3/31/14 4:17PM

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re: Christian E. Sanon, Louise Marie Sanon, Debtors

Case No. 8:13-bk-06282

Chapter 7

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 143,610.00 | | |
| B - Personal Property | Yes | 4 | 41,997.92 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 409,885.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 29,138.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,999.51 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 185,607.92 | | |
| Total Liabilities | | | | 439,023.00 | |

3/31/14 4:17PM

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Christian E. Sanon,**
       **Louise Marie Sanon**
                                                           Debtors

Case No. __8:13-bk-06282__

Chapter __7__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | 5,000.00 |
| Average Expenses (from Schedule J, Line 18) | 5,999.51 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,000.00 |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 229,775.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 29,138.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 258,913.00 |

3/31/14 4:17PM

B6B (Official Form 6B) (12/07)

In re   **Christian E. Sanon,**
   **Louise Marie Sanon**

Case No. __8:13-bk-06282__

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank - Checking Acct# 6808 | J | 2,997.92 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 2 Sofas, coffee table, 2 end tables, 2 occ. chairs, various lamps, tv/vcr, stereo, refrigerator, microwave, itchen table w/4 chairs, assorted dishes, pots and kitchenware, dining table w/7 chairs, 5 beds, 5 dressers, 2 nightstands, 3 desks w/chairs, 2 computers, printer, washer/dryer, misc. hand & power tools.<br><br>These items located at Tampa PODS facility currently. | J | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Various books, music, movies and prints. | J | 200.00 |
| 6. Wearing apparel. | | Miscellaneous clothing and personal items. | J | 200.00 |
| 7. Furs and jewelry. | | Wedding Band set, watch, & Costume jewelry. | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Microphone & Stand | J | 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

                                         Sub-Total >  **5,497.92**
                                     (Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

3/31/14 4:17PM

B6B (Official Form 6B) (12/07) - Cont.

In re  Christian E. Sanon,  
      Louise Marie Sanon

Case No. __8:13-bk-06282__

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor is Owner & Stockholder of Organisation Rome Haiti. Debtor believes corporate debt meets or exceeds value of assets, therefore the value of the corporation in liquidation is $0.00 - Balance Sheet to be Provided - % of Ownership unknown | J | Unknown |
| | | Debtor is 50% Owner & Stockholder of Radio-Tele Vasco, SA. Debtor believes corporate debt meets or exceeds value of assets, therefore the value of the corporation in liquidation is $0.00 | J | Unknown |
| | | Debtor is Owner & Stockholder of Tabarre Evangelical Tabernacle. Debtor believes corporate debt meets or exceeds value of assets, therefore the value of the corporation in liquidation is $0.00 - Balance Sheet to be Provided - % of Ownership unknown | J | Unknown |
| | | Debtor is Owner & Stockholder of New Hope Health Center. Debtor believes corporate debt meets or exceeds value of assets, therefore the value of the corporation in liquidation is $0.00 - Balance Sheet to be Provided - % of Ownership unknown | J | Unknown |

Sub-Total >     **0.00**  
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached  
to the Schedule of Personal Property

3/31/14 4:17PM

B6B (Official Form 6B) (12/07) - Cont.

In re **Christian E. Sanon,**
**Louise Marie Sanon**

Case No. __8:13-bk-06282__

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Debtor is 50% Owner & Stockholder of Sheenia Enterprises.<br>Debtor believes corporate debt meets or exceeds value of assets, therefore the value of the corporation in liquidation is $0.00 -<br>Balance Sheet to be Provided | J | Unknown |
| | | Debtor is 43% Owner & Stockholder of New Hope Cancer Centers SRL.<br>Debtor believes corporate debt meets or exceeds value of assets, therefore the value of the corporation in liquidation is $0.00 -<br>Balance Sheet to be Provided | J | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

3/31/14 4:17PM

B6B (Official Form 6B) (12/07) - Cont.

In re  **Christian E. Sanon,**
       **Louise Marie Sanon**

Case No. __8:13-bk-06282__

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2013 Kia Optima - 12000 miles - Liened by GTE Federal Credit Union | J | 21,500.00 |
| | | 2013 Kia Forte - 5000 miles - Liened by Wells Fargo Dealer Services | J | 15,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > (Total of this page) | **36,500.00** |
|---|---|---|
|  | Total > | **41,997.92** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)