IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

CHRISTIAN E. SANON
LOUISE MARIE SANON

CASE NO.: 8:13-bk-06282-MGW
CHAPTER 7

DEBTOR(s)
_____/

## NOTICE OF CHANGE OF ADDRESS

CHRISTIAN E. SANON and LOUISE MARIE SANON, Debtors in the above styled Chapter 7 case, hereby gives notice of their change of address as follows:

Old address:    3960 North 56th Street
                Hollywood, FL  33021

New address:    9008 Paragon Way
                Boynton Beach, FL  33472

I have read the foregoing Notice of Change of Address and state under penalty of perjury that it is true and correct to best of my knowledge, information and belief.

10/14/14
Date

_____
CHRISITAN E. SANON, Debtor

10/14/14
Date

_____
LOUSIE MARIE SANON, Debtor

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

CHRISTIAN E. SANON  
LOUISE MARIE SANON

CASE NO.: 8:13-bk-06282-MGW  
CHAPTER 7

DEBTOR(s)
_____/

## CERTIFICATE OF SERVICE OF NOTICE OF CHANGE OF ADDRESS

I HEREBY CERTIFY that a true and correct copy of the Debtors' NOTICE OF CHANGE OF ADDRESS has been furnished by regular U.S. Mail, postage prepaid or electronically this October 14, 2014 to: Beth Ann Scharrer, Chapter 7 Trustee, P.O. Box 4550, Seminole, FL 335775-4550; Asst. US Trustee, Timberlake Annex, 501 E. Polk Street, Ste. 1200, Tampa, FL 33602; and to all creditors and interested parties on the attached court matrix.

Respectfully submitted,

/s/ Christie D. Arkovich, Esq

Christie D. Arkovich, Esq.  
Florida Bar No. 963690  
Barbara C. Leon, Esq.  
Florida Bar No. 582115  
Primary E-mail: cdalaw@tampabay.rr.com  
Service email: cdalaw@christiearkovich.com  
CHRISTIE D. ARKOVICH, P.A.  
1520 W. Cleveland St.  
Tampa, Florida 33606  
(813) 258-2808  
(813) 258-5911 (Facsimile)  
Attorneys for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:13-bk-06282-MGW<br>Middle District of Florida<br>Tampa<br>Fri Aug 15 15:29:29 EDT 2014 | Atlas Acquisitions LLC<br>Attn: Avi Schild<br>294 Union Street<br>Hackensack, NJ 07601-4303 | Colfin AI-FL 2, LLC<br>c/o Gregory A. Sanoba, Esquire<br>422 South Florida Avenue<br>Lakeland, FL 33801-5227 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Au<br>c/o Dennis LeVine & Associates, P.A.<br>P.O. Box 707<br>Tampa, FL 33601-0707 |
| Alltell Communications<br>c/o Pinnacle Credit Svcs<br>PO Box 640<br>Hopkins, MN 55343-0640 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Americas Servicing Co<br>Po Box 10328<br>Des Moines, IA 50306-0328 |
| Amex/American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bright House Networks<br>c/o Crd Prt Asso<br>Po Box 802068<br>Dallas, TX 75380-2068 | Carrington Mortgage Se<br>1610 E Saint Andrew Place<br>Ste B150<br>Santa Ana, CA 92705-4931 | Citibank S. Dakota NA<br>c/o LVNV Funding LLC<br>PO Box 10497<br>Ste 110 MS<br>Greenville, SC 29603-0497 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Clincal Pathology Laboratory<br>c/o IC Systems Inc<br>PO Box 64378<br>St. Paul, MN 55164-0378 | Credit First/CFNA<br>Bk13 Credit Operations<br>Po Box 818011<br>Cleveland, OH 44181-8011 |
| Dhhs/hrsa<br>5600 Fishers Ln<br>Rockville, MD 20852-1750 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Florida Baptist Cr Uni<br>1320 Hendricks Ave<br>Jacksonville, FL 32207-8680 |
| Ford Motor Credit Corp<br>Ford Motor Credit<br>Po Box 6275<br>Dearborn, MI 48121-6275 | GE Capital Corp<br>c/o LVNV Funding LLC<br>PO Box 10497<br>Ste 110 MS<br>Greenville, SC 29603-0497 | GECRB/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| GTE FCU<br>PO BOX 172599<br>TAMPA, FL 33672-0599 | Gecrb/home Dsgn Floori<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gecrb/m Wards<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Gte Financial<br>711 E Henderson Ave<br>Tampa, FL 33602-2509 | Hfc<br>Po Box 9068<br>Brandon, FL 33509-9068 | Household Finance Corp<br>c/o Midland Funding<br>8875 Aero Dr<br>Ste 200<br>San Diego, CA 92123-2255 |

| | | |
|---|---|---|
| Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Option One Mortgage Co<br>c/o Ahmsi, Inc<br>P.O.Box 631730<br>Irving, TX 75063-0002 |
| Pollack & Rosen PA<br>806 Douglas Rd<br>Sre 200, South Tower<br>Miami, FL 33134-3157 | Providentbnk<br>4221 International<br>Atlanta, GA 30354-3914 | Rshk/cbsd<br>Attn.: Citi Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195-0363 |
| Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 | Tanya Denise Simpson Esq<br>c/o SHD Legal Group<br>2691 E. Oakland Park<br>Ste 100<br>Fort Lauderdale, FL 33306-1661 | Timber Pond Unit#3<br>HOA Inc<br>PO Box 1773<br>Mango, FL 33550-1773 |
| United States Trustee - TPA7<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Wffinance<br>800 Walnut St<br>Des Moines, IA 50309-3504 | Wfs Financial<br>Wachovia Dealer Svcs<br>PO Box 3569<br>Rancho Cucamonga, CA 91729-3569 |
| Wfs Financial<br>c/o Wachovia Dealer Svcs<br>PO Box 3569<br>Rancho Cucamonga, CA 91729-3569 | Beth Ann Scharrer<br>Trustee<br>PO Box 4550<br>Seminole, FL 33775-4550 | Christian E. Sanon<br>PO Box 30224 / USF<br>Holly Drive<br>Tampa, FL 33630-3224 |
| Christie D Arkovich<br>Law Offices of Christie D Arkovich PA<br>1520 West Cleveland St<br>Tampa, FL 33606-1807 | Louise Marie Sanon<br>PO Box 30224 / USF<br>Holly Drive<br>Tampa, FL 33630-3224 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank Of America<br>Attention: Recovery Dept<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 | Citibank Usa<br>Citicorp Credit Services/Attn:Centralize<br>Po Box 20507<br>Kansas City, MO 64195 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Wells Fargo Bank, N.A., as Trustee for Car<br>Kent D. McPhail | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     1<br>Total                  47 |