**[8revoke]** [ORDER REVOKING DISCHARGE OF DEBTOR]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:13−bk−06282−MGW
Chapter 7

Christian E. Sanon
9008 Paragon Way
Boynton Beach, FL 33472

Louise Marie Sanon
9008 Paragon Way
Boynton Beach, FL 33472

_____ Debtor\* _____/

## ORDER REVOKING DISCHARGE OF DEBTOR

   THIS CASE came on for consideration on the Court's own motion for the purpose of considering the entry of an appropriate order in the above−captioned Chapter 7 case. The Court has considered the record in this case and finds that on December 19, 2014 this Court entered a Final Judgment in the Adversary Proceeding, 8−14−ap−702−MGW , United States Trustee , Plaintiff(s) v Christian E. Sanon and Louise Marie Sanon , Defendant(s). The Final Judgment provided that the discharge granted to Christian E. Sanon and Louise Marie Sanon is revoked pursuant to Section 727 of the Bankruptcy Code. Therefore, it appears appropriate to enter an Order in the general case revoking the Debtor's Discharge. Accordingly, it is

   **ORDERED** that the Discharge of the Debtor, Christian E. Sanon and Louise Marie Sanon , is hereby revoked.

BY THE COURT

Dated: December 19, 2014

_____
Michael G. Williamson
United States Bankruptcy Judge

\*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.